UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RIVERSIDE APARTMENTS OF COCOA, LLC, EQUITY OF AMERICA, INC. and EQUITY PLANNING CORPORATION,

        Plaintiffs,

v.                                  Case No: 6:18-cv-1639-Orl-40DCI

LANDMARK AMERICAN INSURANCE COMPANY,

        Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant Landmark American Insurance Company's Motion to Strike/Motion to Dismiss (Doc. 4 (the "**Motion**")), filed October 1, 2018. Plaintiffs' response was due on or before **October 15, 2018**. *See* Local Rule 3.01(b) (requiring that a party opposing a motion file a response within fourteen days after receiving service of the motion). Under Local Rule 3.01(b), such response must include a memorandum of legal authority not to exceed twenty pages in length. To date, Plaintiffs have not responded to the Motion.

In the absence of a response, the Court finds that the Motion is due to be granted as unopposed. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Landmark American Insurance Company's Motion to Strike/Motion to Dismiss (Doc. 4) is **GRANTED**.
2. The Amended Complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE**.

3. On or before **Thursday, October 25, 2018**, Plaintiffs may file a second amended complaint. Failure to timely file will result in dismissal of this action with prejudice.

**DONE AND ORDERED** in Orlando, Florida on October 18, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties